**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JAMES KELLY,

            Plaintiff,

  - against -

NEW YORK STATE UNIFIED COURT
SYSTEM,

            Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 21-3166 (JMA)(ARL)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on June 7, 2021, denying Plaintiff's request for a temporary restraining order and preliminary injunction, dismissing the complaint in its entirety, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that Plaintiff James Kelly take nothing of Defendant New York State Unified Court System; that Plaintiff's request for a temporary restraining order and preliminary injunction is denied ; that Plaintiff's compliant is dismissed in its entirety; that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is closed.

Dated: June 8, 2021
       Central Islip, New York

                                               DOUGLAS C. PALMER
                                               CLERK OF THE COURT
                                     BY:    /S/ JAMES J. TORITTO
                                                        DEPUTY CLERK